Arthur Falk, Appellant, v. Jacob L. Hoffman and Another, Respondents.—

Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.